THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD A. J. RAY, Appellant.— Judgment of conviction and order affirmed. All concur. (The judgment convicts defendant of the crime of murder, first degree. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

MARY A. MEIKLE and W. RICHARD MEIKLE, as Administrators, etc., of WILLIAM MALCOLM MEIKLE, Deceased, Appellants, v. CHARLES HAUST, SR., and CHARLES HAUST, JR., Respondents.— Judgment reversed on the facts and a new trial granted, with costs to the appellants to abide the event, on the ground that the finding of defendants' freedom from negligence is against the weight of the evidence. All concur, except Crosby, P. J., who dissents and votes for affirmance. (The judgment is for defendants in an automobile negligence action.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

RAFFAELE FORNOROLA, as Limited Administrator, etc., of ANTHONY FORNOROLA, Deceased, Appellant, v. DONALD P. THOMPSON, Respondent.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event, on the ground that the evidence presented questions of fact for the jury. All concur. (The judgment is for defendant in a negligence action.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

ANTHONY PAGANO, Appellant, v. EDWARD ROWE, Respondent.— Judgment affirmed, with costs. All concur. (The judgment is for defendant in an automobile negligence action.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

MINNIE PAGANO, Appellant, v. EDWARD ROWE, Respondent.— Judgment affirmed, with costs. All concur. (The judgment is for defendant in an automobile negligence action.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

CHARLES EYGABROAD, Appellant, v. ERNEST LANDBERG, Respondent.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event. Memorandum: We hold that the questions of defendant's negligence and plaintiff's freedom from contributory negligence were for the jury. All concur. (The judgment is for defendant in an automobile negligence action.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

HAROLD PRINCE, Respondent, v. DONALD JULIEN, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.